IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| NASHVILLE ENTREPRENEUR CENTER and J. TOD FETHERLING,<br><br>Plaintiffs,<br><br>vs.<br><br>ENTREPRENEUR MEDIA, INC.,<br>Defendant. | Civil No.: 3:13-cv-00529<br><br>District Judge: William J. Haynes, Jr.<br>Magistrate Judge:<br><br><br>**JURY TRIAL DEMANDED** |

*[Handwritten annotation: Granted. The motion is granted and is set for the date and time requested. 7-17-13]*

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiffs Nashville Entrepreneur Center ("NEC") and J. Tod Fetherling ("Fetherling") believe they have reached a settlement in principle of this matter, but require sufficient time to attempt to finalize that settlement with Defendant Entrepreneur Media, Inc. ("EMI"). Plaintiffs' counsel has been in communication with Defendant's known counsel, Mark Finkelstein, who has not yet entered an appearance, as Defendant wishes to avoid the costs of defending an action locally if a settlement can be reached. Defendant's counsel has consented to the filing of this motion. Because Defendant has waived service of a summons, an answer or motion under Rule 12 is not due until August 2, 2013.

Accordingly, there is a Case Management Conference set for 2:00 PM on July 19, 2013. Plaintiffs move the Court to continue the Case Management Conference to **Friday, August 23, 2013 at 2:00 PM**, or another time which is available on the Court's calendar. Should the Court deem a status conference necessary, Plaintiffs are available for a telephone conference with the Court.