IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE ENTREPRENEUR CENTER and J. TOD FETHERLING, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 3:13-0529 Chief Judge Haynes |
| v. | ) ) | |
| ENTREPRENEUR MEDIA, INC., | ) ) | |
| Defendant. | ) | |

**O R D E R**

Upon notice of voluntary dismissal (Docket Entry No. 8) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

ENTERED this the 22nd day of July, 2013.

_____
WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court